FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 10 P 3: 14

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL JOHNSON,

    Plaintiff,

vs.

JACKIE WRIGHT, Counselor, and
JOSE VAZQUEZ, Warden,

    Defendants.

CIVIL ACTION NO.: CV206-097

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he is afraid to file a grievance against Defendant Wright because other inmates who filed grievances against her were transferred or had their beds set on fire. Plaintiff also asserts that he filed "cop outs" about Defendant Wright, which were returned to him unsigned. Plaintiff contends that dismissing his Complaint because he did not exhaust his administrative remedies would deprive him of access to the courts. Plaintiff avers that he is not required to exhaust his administrative remedies because he is seeking monetary damages.

Plaintiff's Objections are without merit. The Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint, filed pursuant to 28 U.S.C. § 1331 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S.

AO 72A
(Rev. 8/82)

388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), is **DISMISSED**, without prejudice, due to his failure to exhaust his administrative remedies prior to filing his Complaint. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 10th day of October, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)